UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Robert Taylor, on behalf of himself and all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **Simple Promise LLC** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:26-cv-00223-SVN <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Isaiah Greene, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Simple Promise LLC in Sussex County, DE on February 18, 2026 at 12:00 pm at 16192 Coastal Hwy, Lewes, DE 19958-3608 by leaving the following documents with Mark Smith who as Intake Specialist at Harvard Business Services is authorized by appointment or by law to receive service of process for Simple Promise LLC.

CIVIL COVER SHEET FORM JS 44
CLASS ACTION COMPLAINT
NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION
SUMMONS IN A CIVIL CASE
ELECTRONIC FILING ORDER IN CIVIL CASES
STANDING PROTECTIVE ORDER
NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES, ORDER RE: DISCLOSURE STATEMENT
ORDER ON PRETRIAL DEADLINES
NOTICE TO COUNSEL AND LITIGANTS REGARDING AI-ASSISTED RESEARCH
COURT RULES AND INFORMATION
Race: White, Sex: Male, Est. Age: 45-54, Hair: no, Glasses: Y, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=38.765075,-75.2110133333

Photograph: See Exhibit 1

Total Cost: $152.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   New Castle County  ,
  DE   on   2/20/2026  .

/s/ *Isaiah Greene*
Signature
Isaiah Greene
+1 (302) 730-6217


