**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Robert Taylor, | 3:26-cv-00223-SVN |
| *Plaintiff* | *Case No.* |
| vs. | |
| Simple Promise LLC, | March 3, 2026 |
| *Defendant* | *Date* |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the D. Conn. L. Civ. R. 83.1(e), I  Anthony I. Paronich ,
an active member of the Bar of the U.S. District Court for the District of Connecticut,
respectfully request that the Court admit  Carly M. Roman  pro hac vice to the
Bar of this Court for the purpose of appearing on behalf of  ■ plaintiff(s)  ☐ defendant(s)

Robert Taylor  in the action above. As the sponsoring attorney, I am a
member of the bar of this Court and have an appearance in this case. The filing fee has been
paid and I maintain the address listed below.

By Sponsoring Attorney  350 Lincoln Street, Suite 2400
                        *(print name)*
Address  Hingham, MA 02043

Phone Number  (617) 485-0018       Email  anthony@paronichlaw.com

Federal Bar Number  678437MA

Signature  *Anthony I. Paronich*

Page **1** of **3**

**AFFIDAVIT OF VISTING ATTORNEY**

I, Carly M. Roman, make this affidavit in support of a motion to appear pro hac vice pursuant to Local Rule 83.1(e):

a) My office information is:

| | |
|---|---|
| Firm | Strauss Borrelli PLLC |
| Address | 980 N Michigan Ave Ste 1610<br>Chicago, IL 60611-7502 |
| Phone Number | (872) 263-1100 |
| Fax | (872) 263-1109 |
| Email | croman@straussborrelli.com |

b) I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s):

| Court | Bar Number<br>*(or indicate if no bar # issued)* |
|---|---|
| See Attachment A | See Attachment A |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

c) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

or, if I cannot so state as to subsections (c) and (d), then I attach a description in full of the circumstances of any such complaint, denial, discipline, resignation, surrender, or

Page **2** of **3**

    withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether I am currently in good standing in such jurisdiction(s);

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(e), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

☒ has been included with this filing.

☐ will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this __3rd__ day of __March__, 20 __26__.

Signed _____*Carly M. Roman*_____

Print Name  Carly M. Roman

Re. 3/26/25

## ATTACHMENT A

### STATE COURTS

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| Illinois | 6334371 | 5/7/2020 | Yes |
| California | 349895 | 6/12/2023 | Yes |
| Arizona | 040895 | 10/22/2025 | Yes |

### FEDERAL COURTS

| Court | Admission Date | In Good Standing? | Federal Bar No. |
|---|---|---|---|
| Northern District of Illinois | 10/19/2020 | Yes | None Issued |
| Central District of Illinois | 9/21/2022 | Yes | None Issued |
| Central District of California | 4/21/2025 | Yes | None Issued |
| Northern District of California | 5/30/2025 | Yes | None Issued |
| Southern District of California | 6/4/2025 | Yes | None Issued |
| Eastern District of California | 10/9/2025 | Yes | None Issued |
| District of Arizona | 12/16/2025 | Yes | None Issued |

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Carly Marie Roman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/07/2020 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of January, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *CARLY MARIE ROMAN*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that CARLY MARIE ROMAN, #349895, was on the 12th day of June 2023 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 3rd day of February 2026.

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
L. Brooks, Senior Deputy Clerk