AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Robert Taylor, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:26-cv-00223-SVN |
| Simple Promise LLC, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert Taylor.  I was admitted pro hac vice in this matter on March 3, 2026 [ECF 14].

Date:   03/04/2026

/s/ Carly M. Roman
*Attorney's signature*

Carly M. Roman
*Printed name and bar number*

Strauss Borrelli PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502

*Address*

croman@straussborrelli.com
*E-mail address*

(872) 263-1100
*Telephone number*

(872) 263-1109
*FAX number*