**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**AT NEW HAVEN**

| | |
|---|---|
| Robert Taylor, on behalf of himself and all others similarly situated, | Case No.  3:26-cv-00223-SVN |
| *Plaintiff,* | Honorable Judge Sarala V. Nagala |
| v. | |
| Simple Promise LLC, | |
| *Defendant.* | |

## MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT

COMES NOW Plaintiff, pursuant to Fed. R. Civ. P. 55(a), hereby files this Motion for Clerk's Entry of Default against Simple Promise LLC ("Defendant") in the above-styled action. Mr. Taylor respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." See Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." See Fed. R. Civ. P. 55(a) (emphasis added).

Here, the Plaintiff filed his Complaint in February of 2026. *See* ECF No. 1. The Defendant was served on February 18, 2026, with its responsive pleading due on March 11, 2026. *See* ECF No. 10. However, the Defendant did not file a responsive pleading despite the fact that it had been served with the lawsuit. Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to Fed. R. Civ. P. 55(a).

1

**CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the

Clerk of Court enter default against Defendants pursuant to Fed. R. Civ. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this 19th day of March, 2026.

> */s/ Carly M. Roman*
> Carly M. Roman (*pro hac vice*)
> **STRAUSS BORRELLI PLLC**
> 980 N Michigan Avenue, Suite 1610
> Chicago IL, 60611
> Telephone: (872) 263-1100
> Facsimile: (872) 263-1109
> croman@straussborrelli.com
>
> *Attorney for Plaintiff*
> *and the Proposed Class*

2