**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT NEW HAVEN**

|  |  |
|---|---|
| Robert Taylor, on behalf of himself and all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>Simple Promise LLC,<br><br>    *Defendant.* | Case No.  3:26-cv-00223-SVN<br><br>Honorable Judge Sarala V. Nagala |

**PLAINTIFF'S MOTION TO SUBSTITUTE CORRECT
DEFENDANT AND VACATE ENTRY OF DEFAULT**

Plaintiff Robert Taylor hereby moves the Court for an order (1) substituting Simple Promise Pte. Ltd in place of Simple Promise LLC, and (2) vacating the Clerk's Entry of Default entered against Simple Promise LLC. This motion is brought pursuant to the Court's inherent authority, Fed. R. Civ. P. 21, Fed. R. Civ. P. 55(c), and on the grounds that Plaintiff inadvertently named and served the wrong legal entity due to the substantially similar names of the two companies. Plaintiff seeks to correct this good-faith mistake so the action may proceed against the proper defendant on the merits.

1. Plaintiff obtained entry of default against Simple Promise LLC on March 20, 2026. Dkt. No. 17.

2. Plaintiff has since learned that Simple Promise LLC is not the proper party and was mistakenly named in the Complaint due to the similarity in the company names Simple Promise Pte. Ltd and Simple Promise LLC. *See generally* Declaration of Carly M. Roman ("Roman Decl.").

1

3.    On March 27, 2026, Plaintiff provided undersigned counsel with email correspondence involving Alvin Huang of Simple Promise Pte Ltd, relating to Simple Promise's phone calls to Plaintiff's phone number, 860-910-XXXX. Roman Decl., ¶ 5, Ex. 1.

4.    Upon reviewing this correspondence, on March 28, 2026, Plaintiff's Counsel emailed Mr. Huang and the other individuals copied on the email who used the same domain associated with Simple Promise Pte. Ltd, to advise them of the default and inquire whether they intend to appear. Roman Decl., ¶ 6, Ex. 2.

5.    In response, on April 8, 2026, counsel for Simple Promise Pte. Ltd explained that it "does not operate or conduct any business as Simple Promise, LLC, the entity named in the Complaint." Roman Decl., ¶ 7, Ex. 2.  Prior to this email correspondence, Plaintiff's Counsel was not aware that the wron legal entity had been named and served in this action.  Roman Decl., ¶ 8.

6.     Fed. R. Civ. P. 21 provides that "the court may at any time, on just terms, add or drop a party. " The information provided to Plaintiff's counsel confirms the identity of the correct defendant. Plaintiff therefore seeks to substitute the proper party and vacate the default so this matter may be resolved on the merits.

7.    The error was inadvertent, reasonable, and made in good faith based on the nearly identical names of the entities.  Roman Decl., ¶ 9. Substitution will not prejudice any party and will allow this case to proceed against the correct defendant.

8.    Under Fed. R. Civ. P. 55(c), "[t]he court may set aside an entry of default for good cause." Good cause exists here because the wrong entity was named and served, Plaintiff moved promptly upon learning of the mistake, and there is a strong policy favoring resolution of cases on the merits.  Roman Decl., ¶ 10.

**WHEREFORE,** Plaintiff respectfully requests that the Court substitute Simple Promise Pte. Ltd in place of Simple Promise LLC, vacate the entry of default against Simple Promise LLC, and permit Plaintiff to file an amended complaint naming the proper defendant.

RESPECTFULLY SUBMITTED AND DATED this 14th day of April, 2026.

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff*
*and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on April 14, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system and will send a copy to the individuals listed below via the methods indicated.

Jennifer N. Hinds                                        **[x] via E-mail**
**EXORO LAW PLLC**
5645 Coral Ridge Drive, Suite 306
Coral Springs, FL 33076
jhinds@exorolaw.com

DATED this 14th day of April, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com