**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**AT NEW HAVEN**

| | |
|---|---|
| Robert Taylor, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>Simple Promise LLC,<br><br>*Defendant.* | Case No.  3:26-cv-00223-SVN<br><br>Honorable Judge Sarala V. Nagala |

**DECLARATION OF CARLY M. ROMAN IN SUPPORT OF**
**PLAINTIFF'S MOTION TO SUBSTITUTE CORRECT**
**DEFENDANT AND VACATE ENTRY OF DEFAULT**

I, Carly M. Roman, declare as follows:

1. I am an attorney of record for Plaintiff in this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to them.

2. This declaration is submitted in support of Plaintiff's Motion to Substitute Simple Promise Pte. Ltd. in place of Simple Promise LLC and to Vacate the Clerk's Entry of Default.

3. In preparing the Complaint, Plaintiff's counsel identified an entity named "Simple Promise LLC" and, based on publicly available information and the similarity in company names, believed this to be the proper legal entity responsible for the conduct alleged in the Complaint.

4. Plaintiff served Simple Promise LLC and, when no response was received, sought and obtained entry of default on March 20, 2026.

5. On March 27, 2026, Mr. Taylor provided me with email correspondence involving Alvin Huang of Simple Promise Pte Ltd, relating to Simple Promise's phone calls to Plaintiff's

1

phone number, 860-910-XXXX. A true and correct copy of this email correspondence is attached hereto as Exhibit 1.

6.      Upon reviewing this correspondence, on March 28, 2026, I emailed Mr. Huang and the other individuals copied on the email who used the same domain associated with Simple Promise Pte. Ltd, to advise them of the default and inquire whether they intend to appear.

7.      In response, on April 8, 2026, counsel for Simple Promise Pte. Ltd. informed me that Simple Promise Pte. Ltd. does not operate or conduct business as Simple Promise LLC. A true and correct copy of this email correspondence is attached hereto as Exhibit 2.

8.      This was the first time I became aware that the wrong legal entity had been named and served in this action.

9.      The naming of Simple Promise LLC in the Complaint was inadvertent and based on the substantially similar names of the entities. The mistake was made in good faith.

10.      I promptly prepared the instant motion upon learning of the error in order to correct the record and proceed against the proper defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of April, in Escondido, California.


                                                            */s/ Carly M. Roman*
                                                            Carly M. Roman (*pro hac vice*)

2