— **EXHIBIT 1** —

----- Forwarded Message -----
**From:** "Mr. Heidar pour" <heidarpourlawfirm@gmail.com>
**To:** "Robert Taylor"
**Sent:** Tue, Feb 17, 2026 at 3:32 PM
**Subject:** Fwd: Response – Robert Taylor / 860-910

---------- Forwarded message ---------
From: **Alvin Huang** <alvin.huang@truegenics.com>
Date: Fri, Feb 13, 2026 at 2:59 AM
Subject: Response – Robert Taylor / 860-910
To: <DOliver.HeidarpourLawFirm@gmail.com>, heidarpourlawfirm@gmail.com
<heidarpourlawfirm@gmail.com>
Cc: Julius Yap <julius.yap@truegenics.com>, Franchesca Adao <franchesca.adao@truegenics.com>

Dear Dana J. Oliver,

We are in receipt of your February 7, 2026 correspondence regarding Mr. Taylor and the phone number
860-910

We have completed an internal review of the matter.

The calls referenced were manually dialed by live agents in connection with an abandoned checkout submission where the phone number was voluntarily provided for order-related follow-up. No predictive dialer, ATDS, artificial, or prerecorded voice technology was used.

Upon the consumer's request not to be contacted further, the number was flagged internally and no further outreach has occurred. We understand that two additional outbound call attempts were made following that request due to an internal processing issue, and corrective measures have since been implemented.

We dispute any allegation of unlawful telemarketing activity. That said, in the interest of resolving this matter efficiently and without further escalation, we are open to discussing a mutually agreeable resolution.

Please advise how your client wishes to proceed.


Regards,
**Alvin Huang**
**Simple Promise Pte Ltd**