# — EXHIBIT  2 —

| | |
|---|---|
| **From:** | Jennifer Hinds |
| **To:** | Carly Roman |
| **Cc:** | Yvonne Berstein; Adriana Kostencki, Esq. |
| **Subject:** | Re: FW: Taylor v. Simple Promise, Case No. 3:26-cv-00223 (D. Conn.) |
| **Date:** | Wednesday, April 8, 2026 2:05:56 PM |
| **Attachments:** | image001.png |
| | Outlook-uo1sy12g.png |

Dear Counsel:

This office represents Simple Promise Pte. Ltd in the above-referenced matter. Please direct all further communications to our attention. We recently learned that you reached out to our client via the below email. Upon review of the docket, we notice that the named defendant is Simple Promise LLC. Please note that our client is not Simple Promise LLC. Our client is Simple Promise Pte Ltd, a Singapore based company, as reflected on its website and all publicly available materials.

Our client, Simple Promise Pte Ltd., is not the named defendant in your lawsuit and has never been served. Additionally, Simple Promise Pte. Ltd. does not maintain business offices at the Lewes, Delaware address identified in the affidavit of service, and does not operate or conduct any business as Simple Promise, LLC., the entity named in the complaint.

This communication is made without prejudice to any rights, defenses, or objections available to Simple Promise. Ltd., including but not limited to all jurisdictional defenses, which are expressly reserved.



**Jennifer N. Hinds** | Attorney at Law
**Tel.** (954) 947-0050
**Direct.** (310) 405-5209
**E-mail:** jhinds@ExoroLaw.com

**www.ExoroLaw.com**

---------- Forwarded message ---------
From: **Carly Roman** <croman@straussborrelli.com>
Date: Sat, Mar 28, 2026 at 12:51 AM
Subject: FW: Taylor v. Simple Promise, Case No. 3:26-cv-00223 (D. Conn.)
To: julius.yap@truegenics.com <julius.yap@truegenics.com>,
franchesca.adao@truegenics.com <franchesca.adao@truegenics.com>,
alvin.huang@truegenics.com <alvin.huang@truegenics.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>, TCPA Team
<TCPA@straussborrelli.com>, Simple Promise <support@simplepromise.com>,

mysimplepromise <support@mysimplepromise.com>

Hello:

We were recently advised that Mr. Alvin Huang sent correspondence on behalf of Simple Promise regarding this matter. Because Simple Promise did not respond to the email below, Plaintiff proceeded with a request for entry of default, which the Clerk entered on March 20, 2026. If Simple Promise does not appear, Plaintiff intends to seek leave to conduct limited discovery in order to move for default judgment. Please let me know whether you intend to appear.

Thanks.



**Carly Roman** *She/Her*
Attorney

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
**P**: 872.263.1100       **F**: 872.263.1109
**E**: croman@straussborrelli.com

**straussborrelli.com**

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Carly Roman <croman@straussborrelli.com>
**Sent:** Thursday, March 12, 2026 9:17 AM
**To:** support@simplepromise.com; support@mysimplepromise.com
**Cc:** TCPA Team <TCPA@straussborrelli.com>; Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Taylor v. Simple Promise, Case No. 3:26-cv-00223 (D. Conn.)

Hello:

Please be advised that Defendant's responsive pleading in the above-referenced matter was due on March 11, 2026. To date, no appearance or response has been filed with the Court. The Complaint was filed in February of 2026. Service of process was effected on February 6, 2026 and Defendant's time to answer or otherwise respond has now expired.

Unless an appearance and responsive pleading are filed immediately, Plaintiff will have no choice but to move for entry of default and pursue all appropriate remedies, including

judgment by default. Plaintiff is under no obligation to provide further notice before doing so.

Regards,

Carly



**Carly Roman** *She/Her*

Attorney

980 N Michigan Ave., Suite 1610, Chicago, IL 60611

**P**: 872.263.1100     **F**: 872.263.1109

**E**: croman@straussborrelli.com

**straussborrelli.com**

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.