**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**AT NEW HAVEN**

| | |
|---|---|
| Robert Taylor, on behalf of himself and all others similarly situated, | No. 3:26-cv-00223-SVN |
| Plaintiff, | Honorable Judge Sarala V. Nagala |
| v. | |
| Simple Promise Pte. Ltd, | |
| Defendant. | |

**SECOND JOINT MOTION FOR EXTENSION OF TIME FOR**
**DEFENDANT SIMPLE PROMISE PTE. LTD TO RESPOND TO**
**FIRST AMENDED CLASS ACTION COMPLAINT**

PURSUANT to Federal Rule of Civil Procedure 6(b) and Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, Plaintiff Robert Taylor ("Plaintiff") and Defendant Simple Promise Pte. Ltd ("Defendant") (collectively, the "Parties") jointly and respectfully move the Court for a thirty (30) day extension of time, up to and including September 16, 2026, for Defendant to answer, move, or otherwise respond to Plaintiff's First Amended Class Action Complaint (ECF No. 20). In support of this Motion, the Parties state as follows:

1.      Plaintiff filed his First Amended Class Action Complaint on April 20, 2026. (ECF No. 20.)

2.      On or around April 22, 2026, Defendant executed the waiver of summons of the First Amended Complaint. Since Defendant is a foreign entity, Defendant's original deadline to answer, move, or otherwise respond to the First Amended Complaint was July 20, 2026.

1

3.      On July 15, 2026, the Parties filed a Joint Motion for Extension of Time (ECF No. 22), which the Court granted, extending Defendant's deadline to answer, move, or otherwise respond to the First Amended Complaint to August 17, 2026.

4.      Since that time, the Parties have continued their discussions regarding a potential settlement of this matter and have made meaningful progress toward resolution. The requested extension will allow the Parties to continue those discussions and to explore resolution of this action without the need for further motion practice, thereby conserving the resources of the Parties and the Court.

5.      Good cause therefore exists for the requested extension. See Fed. R. Civ. P. 6(b)(1)(A).

6.      Pursuant to D. Conn. L. Civ. R. 7(b), the Parties state that this is the second motion for an extension of this deadline. This Motion is made jointly, and all Parties consent to the relief requested herein. Because counsel for Defendant has not yet been admitted to practice before this Court and has not yet entered an appearance in this action, this Joint Motion is filed by Plaintiff's counsel with Defendant's knowledge and consent.

7.      This Motion is filed at least three (3) days before the deadline sought to be extended, as required by D. Conn. L. Civ. R. 7(b)(3).

8.      The requested extension is sought in good faith and not for purposes of delay, and no party will be prejudiced by the relief requested.

WHEREFORE, the Parties respectfully request that the Court grant this Second Joint Motion and extend Defendant's deadline to answer, move, or otherwise respond to the First Amended Class Action Complaint by thirty (30) days, up to and including September 16, 2026,

2

and grant such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 12th day of August, 2026.

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite1610
Chicago, IL 60611-7502
Telephone:  (872) 263-1100
Facsimile:  (872) 263-1109
croman@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*

*/s/ Adriana Kostencki*
Adriana Kostencki (*pro hac vice* forthcoming)
Jennifer N. Hinds, Esq. (*pro hac vice* forthcoming)
**EXORO LAW PLLC**
5645 Coral Ridge Drive, Suite 306
Coral Springs, Florida 33076
Telephone: (954) 947-0050
akostencki@exorolaw.com
jhinds@exorolaw.com

*Counsel for Defendant Simple Promise Pte. Ltd*

3