**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**AT NEW HAVEN**

| | |
|---|---|
| Robert Taylor, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Simple Promise Pte. Ltd,<br><br>Defendant. | No. 3:26-cv-00223-SVN<br><br>Honorable Judge Sarala V. Nagala |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Taylor hereby gives notice that his individual claims in this action against Defendant Simple Promise Pte. Ltd. are voluntarily dismissed with prejudice, and any putative class claims are voluntarily dismissed without prejudice. Each party shall bear its own attorney fees and costs.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice)*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
croman@straussborrelli.com

# CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 15th day of September, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*

Carly M. Roman (*pro hac vice)*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
croman@straussborrelli.com